## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LISA M. HALL,

                Plaintiff,                20 **CIVIL** 7320 (KMK)(JCM)

      -v-                                **JUDGMENT**

KILOLO KIJAKAZI, Acting Commissioner
of Social Security,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2022, Judge McCarthy's R&R is adopted, Plaintiff's Motion for Judgment on the Pleadings is denied, and Defendant's Motion for Judgment on the Pleadings is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2022

                                                            **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                    **BY:**    *K. Mango*

                                                                      **Deputy Clerk**